# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SCOTT E. KILLMON,

              Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

              Defendant.

Case No. 15-CV-1073-JPS

**ORDER**

      On February 8, 2016, the Court remanded this case to the Social Security Administration pursuant to the parties' stipulation. (Docket #12, #13, and #14). On April 6, 2016, the Court approved the parties' stipulation for Plaintiff's attorneys' fees incurred in this federal lawsuit. (Docket #19). On July 14, 2017, Plaintiff's attorneys filed an unopposed motion to obtain the remainder of the fees they are owed, having secured a fully favorable decision for their client, and resultant award of benefits, upon remand. (Docket #20). The Court has reviewed the motion and its attachments, and in light of the non-opposition by Defendant, (Docket #20 at 1), and Plaintiff himself, (Docket #20-8), the Court will grant the motion in its entirety.

      Accordingly,

      **IT IS ORDERED** that that Plaintiff's motion for attorney fees (Docket #20) be and the same is hereby **GRANTED** in the amount of $17,403.25;

      **IT IS FURTHER ORDERED** that the Commissioner is directed to pay $8,270 from the amount withheld for direct payment of attorney fees to Plaintiff's attorney Thomas E. Bush. After paying this amount, the

Commissioner will hold the remaining $10,000 to pay attorney fees for administrative representation once the fee is approved; and

**IT IS FURTHER ORDERED** that the EAJA fee refund, $2,115.41, shall be credited to Plaintiff by applying it to the amount of attorney fees the Social Security Administration failed to withhold for direct payment from auxiliary benefits, $3,133.25. It is noted that Attorney Bush is holding $6,926.84 in his trust account. This amount represents a fee of $7,017.84 after deduction of the $91 fee for direct payment.

Dated at Milwaukee, Wisconsin, this 17th day of July, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge